IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEVEN SMITH, | |
| Plaintiff, | CV 19-117-BLG-SPW |
| vs. | ORDER |
| RICHARD MAURICE HAMBRO, RICHARD D. HAMBRO, and JOHN DOES 1-10, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 33), by and between the parties hereto, through their respective counsel of record,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Richard Maurice Hambro and Richard D. Hambro have been fully and finally compromised and settled on their merits and the above captioned matter is **DISMISSED WITH PREJUDICE**, with each party to pay their respective costs and fees of any kind or nature.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for Tuesday, September 7, 2021 at 1:30 p.m. and the Trial set for Monday, September 20, 2021 at 9:00 a.m. are **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _25th_ day of May, 2021.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge